**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **SHAWNEE BENARD** | **CIVIL ACTION NO. 22-0969** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **DETECTIVE NATE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Shawnee Benard's claim is **DISMISSED** as untimely, as frivolous, and for failing to state a claim upon which relief may be granted.

SHREVEPORT, LOUISIANA, this 28th day of June, 2022.

Chief Judge S. Maurice Hicks, Jr.
United States District Judge